OAO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the District of Massachusetts

Olena Oltar

**SUMMONS IN A CIVIL CASE**

V.

Kevin M. Leary

CASE NUMBER: 04-12594 RGS

TO: (Name and address of Defendant)

Kevin Leary 04 100 Federal St, Boston

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David J. Berg
Latti & Anderson, LLP
30-31 Union Wharf
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK **TONY ANASTAS**   DATE DEC 13 2004

(By) DEPUTY CLERK

OAO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me (1) | DATE | January 12, 2005 |
|---|---|---|
| **NAME OF SERVER**  BURTON M. MALKOFSKY | **TITLE** | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

   100 Federal Street, Boston _____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:

   _____

Said service was made at: _____, MASSACHUSETTS

☐ Other: By handing true and attested copies thereof to _____

   Duly Authorized Agent for the within-named _____

   Said service was made at:

   _____, MASSACHUSETTS

## STATEMENT OF SERVICE FEES

| SERVICE FEE  $ 50.00 | Trips | |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   January 12, 2005
          Date

Signature of Server: *Burton M. Malkofsky*

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**

   PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | **TOTAL** | $ _____ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

**Suvalle, Jodrey & Associates**            **One Devonshire Place**            Telephone # (617) 720-5733
**Massachusetts Constables since 1925**      **Boston, MA 02109**               Fax #          (617) 720-5737

# RETURN OF SERVICE

DATE _____

Service of the Summons and complaint was made by me[(1)]

TITLE _____

NAME OF SERVER *(PRINT)*

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
           Date

_____
Signature of Server

_____
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.