*ISSUED THROUGH*

# A. A. DORITY COMPANY
*BOSTON*

UNITED DISTRICT COURT
For the District of Massachusetts

| | | |
|---|---|---|
| Olena Oltar, | ) | |
| Plaintiff | ) | |
| | ) | Case Number: **04-12594 RGS** |
| vs. | ) | |
| | ) | |
| Kevin M. Leary, | ) | |
| Defendant | ) | |
| | ) | |

KNOW ALL MEN BY THESE PRESENTS,
that we, **Kevin M. Leary**, the above named Defendant, as **Principal**, and **United Casualty and Surety Insurance Company**, a corporation duly organized and existing under the laws of the Commonwealth of Massachusetts and duly licensed to do business in the Commonwealth of Massachusetts, as **Surety**, are hereby jointly and severally bound unto, **Olena Oltar**, the above named Plaintiff, as **Obligee**, in the penal sum of **Five Thousand Forty Dollars ($5,040.00)**, for the payment of which well and truly to be made we bind ourselves and our legal representatives, jointly and severally, by these presents.

WHEREAS, **Principal** has petitioned for Limitation of Liability pursuant to **46 USCS, § 185**, **Principal** does hereby post this Surety Bond required under **46 USCS § 183**.

NOW, THEREFORE, the condition of this obligation is such that if the said **Principal** shall satisfy any judgment in full, then this obligation to be void; otherwise to remain in full force and effect. The obligation of the **Surety** shall at no time exceed the penal sum of the bond.

Signed, sealed and dated this 28th day of January, 2005.

By _____
                                    *Principal*

United Casualty and Surety Insurance Company

*Bond No. 277866*

By:_____
Richard W. Crawford,         *Attorney-in-Fact*
A.A. Dority Company, Inc.
262 Washington Street Suite 99
Boston, MA 02108
617-523-2935


## ucsic
**UNITED CASUALTY AND SURETY INSURANCE COMPANY**
BOSTON, MASSACHUSETTS

## POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That UNITED CASUALTY AND SURETY INSURANCE COMPANY, a corporation of the State of Massachusetts, does hereby make, constitute and appoint

**Richard W. Crawford and Philip B. Crawford**

its true and lawful Attorney-in-Fact(s), with full power and authority, for and on behalf of the Company as surety, to execute and deliver and affix the seal of the Company thereto, if a seal is required, bonds, undertakings, recognizances, consents of surety or other written obligations in the nature thereof, as follows:

Any and all bonds, undertakings, recognizances, consents of surety or other written obligations in the nature thereof

and to bind UNITED CASUALTY AND SURETY INSURANCE COMPANY, thereby, and all of the acts of said Attorney-in-Fact pursuant to these presents, are hereby ratified and confirmed.

| | |
|---|---|
| No: | **277866** |
| Principal: (Name and Address) | Kevin M. Leary<br>P.O. Box 961702<br>Boston, MA 02196-1702 |
| Effective Date: | **1/28/05** |
| Contract Amount: | **n/a** |
| Bond Amount: | **$5,040.00** |

This power of attorney is signed and sealed by facsimile under and by authority of the following Resolutions adopted by the Board of Directors of UNITED CASUALTY AND SURETY INSURANCE COMPANY at a meeting duly called and held on the 1st day of July, 1993 which Resolutions are now in full force and effect:

> Resolved that the President, Treasurer, or Secretary be and they are hereby authorized and empowered to appoint Attorneys-in-Fact of the Company, in its name and as its acts, to execute and acknowledge for and on its behalf as Surety any and all bonds, recognizances, contracts of indemnity, waivers of citation and all other writings obligatory in the nature thereof, with power to attach thereto the seal of the Company. Any such writings so executed by such Attorneys-in-Fact shall be binding upon the Company as if they had been duly executed and acknowledged by the regularly elected Officers of the Company in their own proper persons.

This power of attorney is signed and sealed by facsimile under and by the authority of the following Resolution adopted by the Board of Directors of UNITED CASUALTY AND SURETY INSURANCE COMPANY, at a meeting duly called and held on the 1st day of July, 1993:

> That the signature of any officer authorized by Resolutions of this Board and the Company seal may be affixed by facsimile to any power of attorney or special power of attorney or certification of either given for the execution of any bond, undertaking, recognizance or other written obligation in the nature thereof; such signature and seal, when so used being hereby adopted by the Company as the original signature of such officer and the original seal of the Company, to be valid and binding upon the Company with the same force and effect as though manually affixed.

IN WITNESS WHEREOF, UNITED CASUALTY AND SURETY INSURANCE COMPANY has caused these presents to be signed by its proper officer and its corporate seal to be hereunto affixed this 30th day of June 2003.

UNITED CASUALTY AND SURETY INSURANCE COMPANY

_____
Todd S. Carrigan, President

State of Massachusetts, County of Suffolk ss:

On this 30th day of June in the year 2003 before me personally came Todd S. Carrigan to me known, who, being by me duly sworn, did depose and say: that he resides in the State of Massachusetts; that he is President (Surety) of UNITED CASUALTY AND SURETY INSURANCE COMPANY, the corporation described in and which executed the above instrument; that he signed his name thereto by the above quoted authority; that he knows the seal of said corporation; that said seal affixed to said instrument is such corporate seal, and that it was so affixed by authority of his office under the by-laws of said corporation.

_____
Notary Public - Carol A. Carrigan    /My commission expires: 06/20/2008

I, Timothy M. Carrigan, Treasurer (Surety) of UNITED CASUALTY AND SURETY INSURANCE COMPANY, certify that the foregoing power of attorney, and the above quoted Resolutions of the Board of Directors of July 1, 1993 have not been abridged or revoked and are now in full force and effect.

Signed and sealed at Boston, Massachusetts, this **28th** day of **January** **2005**.

_____
Timothy M. Carrigan, Treasurer