UNITED STATES COURT
DISTRICT OF MASSACHUSETTS

OLENA OLTAR,                              :    CIVIL ACTION NO. 04.12594 (RGS)

      Plaintiff,                          :

v.                                        :

KEVIN M. LEARY,                           :

      Defendant.                          :

### DEFENDANT'S RULE 16.1(D)(3) CERTIFICATION

Pursuant to the provisions of Local Rule 16.1(D)(3), defendant Kevin M. Leary and his counsel hereby certify that they have conferred:

(a)     with a view to establishing a budget for the cost of conducting the full course and various alternative courses of the litigation; and

(b)     to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

**ROBINSON & COLE LLP**

_David B. Wilson_                                    _Kevin M. Leary_
David B. Wilson, BBO # 548359                        Kevin M. Leary, Defendant
One Boston Place
Boston, MA 02108-4404

857370

## CERTIFICATE OF SERVICE

This is to certify that on May __16__, 2005, a copy of the foregoing document was served by regular mail, postage prepaid, addressed as follows:

> David J. Berg, Esq.
> Latti & Anderson LLP
> 30-31 Union Wharf
> Boston, MA 02109

Signed under the penalties of perjury.

_____
David B. Wilson