UNITED STATES COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| OLENA OLTAR, | : | CIVIL ACTION NO. 04.12594 (RGS) |
| Plaintiff, | : | |
| v. | : | |
| KEVIN M. LEARY, | : | |
| Defendant. | : | |

STIPULATION OF DISMISSAL

    Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereto, by their counsel, hereby stipulate that the within action shall be dismissed with prejudice and without costs

**OLENA OLTAR**, by her attorney,

/s/ David J. Berg
David J. Berg  BBO#558624
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
617-523-1000

**KEVIN M. LEARY**, by his attorney,

/s/ David B. Wilson
David B. Wilson  BBO#5483590
Robinson & Cole LLP
One Boston Place
Boston, MA 02108-4404
617-557-5935

Dated: July 28, 2005

861588

2

CERTIFICATE OF SERVICE

This is to certify that on July 28, 2005, a copy of the foregoing document was served by regular mail, postage prepaid, addressed as follows:

>David J. Berg, Esq.
>Latti & Anderson LLP
>30-31 Union Wharf
>Boston, MA 02109

Signed under the penalties of perjury.

>/s/ David B. Wilson
>David B. Wilson